Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 02 C 7754 | **DATE** | 12/23/2003 |
| **CASE TITLE** | Plump vs. Kraft Foods | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] For the reasons set out in the Memorandum Opinion and Order, sanctions are to be paid by plaintiff to defendant in a total amount of $3,661.50. That amount shall be paid by 1/30/04. All matters relating to the referral of this action having been concluded, the case is returned to the assigned judge.
(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | |
| | No notices required. | | | |
| ✓ | Notices mailed by judge's staff. | | DEC 2 3 2003 date docketed | |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | | 43 |
| | Mail AO 450 form. | | docketing deputy initials | |
| ✓ | Copy to judge/magistrate judge. | U.S. DISTRICT COURT CLERK | 12/23/2003 date mailed notice | |
| GR | courtroom deputy's initials | 03 DEC 23 AM 2:2 Date/time received in central Clerk's Office | GR mailing deputy initials | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DANIEL PLUMP )
    Plaintiff, )
)
v. ) Case No. 02 C 7754
)
KRAFT FOODS NORTH AMERICA, INC. ) Judge Joan Gottschall
    Defendant. ) Magistrate Judge Geraldine Soat Brown
)
)
)

## MEMORANDUM OPINION AND ORDER

Geraldine Soat Brown, Magistrate Judge

In the Memorandum Opinion and Order of October 6, 2003 [dkt 35], sanctions were entered against plaintiff Daniel Plump pursuant to Fed. R. Civ. P. 37(b)(2) and 30(d)(3). (Mem. Op. and Order at 11-12). Specifically, Plump was ordered to pay the costs and fees incurred by defendant Kraft Foods North America, Inc. ("Kraft") in preparing, filing and arguing Kraft's Motion for Sanctions, or, in the Alternative to Compel [dkt 27] and in taking the second session of Plump's deposition on June 9, 2003. (*Id.*) Kraft was directed to serve a statement of fees and costs by October 20, 2003, and Plump was ordered to serve a statement of any specific item disputed and to pay any undisputed amount by November 1, 2003. *(Id.* at 12.) The parties were directed to follow Local Rule 54.3(e) and (f) with respect to any disputed item. (*Id.*)

At the status hearing on November 6, 2003, Kraft's counsel reported that they had submitted a statement of fees pursuant to the October 6, 2003 order, but had not received any payment from Plump or any response except Plaintiff's Answer to Petition for Sanctions. [Dkt 39.] On December

1

12, 2003, this court declined to award sanctions sought in Kraft's second Motion for Sanctions and to Compel [dkt 36], but allowed Plaintiff's Answer to Petition for Sanctions to stand as Plump's response to Kraft's statement of fees. [Dkt 41.]

Kraft's statement (attached as Appendix A to this order) seeks a total award of sanctions in the amount of $9,824.10. Plump's Answer does not dispute any specific items in Kraft's statement of fees and costs. Rather, Plump argues generally that:

> [t]he petition is full of unclear and unallocated efforts attributed to the pursuit of erroneous and inappropriate discovery. There was significant time spent in review of moot concerns. There was duplication in undertaking, review of and editing of issues that did not direct themselves to probative outcomes of the lawsuit.

(Pl.'s Answer Pet. Sanctions at 3.) Plump also argues (without any verification or other factual support) that he is without funds to pay attorneys' fees as a sanction. (*Id.* at 4.)

Contrary to Plump's argument, Kraft's statement of fees and costs is not unclear or unallocated. As directed by the October 6, 2003 order, the statement shows the date the work was performed, the time spent, the attorney performing the services and the applicable billing rate. The activities for which fees are sought are described in reasonable detail. As to Plump's argument that there was "erroneous and inappropriate discovery," the second session of Plump's deposition was unproductive because Plump failed to produce documents he had been ordered to produce pursuant to the May 15, 2003 order and refused to answer questions directed to the topics covered by that order. That is why Kraft was awarded its fees and costs.

In deciding how much Plump will be ordered to pay, it must be remembered that the amounts are being ordered as a sanction and, accordingly, the amount to be awarded must be "caused by the failure" of the other party to obey the previous order. Fed. R. Civ. P. 37(b)(2). *See also* Fed. R. Civ.

2

P. 30(d)(3): costs and attorneys' fees awarded are those incurred as a result of the frustration of fair deposition examination. Thus, time that may have been appropriately spent in order to represent the client might not necessarily qualify as time that can be reimbursed as a sanction. The fees awarded must also be reasonable. In this case, the fees shown on Kraft's statement for time spent by attorney Christy E. Phanthavong, the principal drafter of Kraft's motion and memoranda, in drafting those documents totals $3,587.40 ($1,584 for motion and memorandum (8 hours x $198) + $2,003.40 for reply brief (10.6 hours x $189)).[1] However, the court concludes, in the interests of justice, that the amount sought for that activity is more than the court deems appropriate as a sanction in this situation, and reduces the amount to $1,500.00

Having reviewed Kraft's statement of fees and Plump's Answer which does not dispute any specific charge, rate or item, the court orders that Plump pay Kraft the following costs and fees pursuant to the October 6, 2003 order:

$483.00 for the court reporter's charge for appearance and transcript of Plump's deposition session on June 9, 2003;

$27.90 for photocopying charges:

$991.80 for half the time spent by attorney Mary Margaret Moore in preparing for the June 9, 2003 session of Plump's deposition and all the time spent by attorney Mary Margaret Moore in taking the June 9, 2003 session of Plump's deposition;

$1,500.00 for time spent by one attorney preparing, drafting and filing Kraft's motion for sanctions, the memorandum in support of that motion, and Kraft's reply brief; and

---

[1] Although Kraft's statement states that Ms. Phanthavong's billing rate changed from $189 to $198 as of July 1, 2003, the statement calculates the time spent on the reply brief in September 2003 at $189 per hour.

3

$658.80 for time spent by one attorney in appearing in court on Kraft's motion for sanctions on July 16, 2003, on Plump's motion for leave to file his response on August 22, 2003, and at the argument on Kraft's motion on September 19, 2003.

Thus, sanctions are to be paid by Plump to Kraft in a total amount of $3,661.50. That amount shall be paid by January 30, 2004.

IT IS SO ORDERED.

*Geraldine Soat Brown*
Geraldine Soat Brown
United States Magistrate Judge

December 23, 2003

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED NOV - 6 2003
MAGISTRATE JUDGE
GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| DANIEL PLUMP | ) | |
| | ) | |
| Plaintiff, | ) | No. 02 C 7754 |
| | ) | |
| vs. | ) | Hon. Judge Gottschall |
| | ) | |
| KRAFT FOODS NORTH AMERICA, INC. | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S STATEMENT OF FEES AND COSTS[1]

### ATTORNEY RATES

Rates from May 1, 2003 to June 30, 2003:

| | | |
|---|---|---|
| Partner: | Mary Margaret Moore (MMM) | $261.00/hr. |
| Associate: | Christy E. Phanthavong (CEP) | $189.00/hr. |

Rates Beginning July 1, 2003:

| | | |
|---|---|---|
| Partner: | Mary Margaret Moore | $270.00/hr. |
| Associate: | Christy E. Phanthavong | $198.00/hr. |

### FEES

| Date | Description | Timekeeper | Time Billed[2] | Amount |
|---|---|---|---|---|
| 05/30/03 | Draft letter to R. Samuels regarding scheduling Plaintiff's continued deposition | CEP | .2 | $ 37.80 |
| 06/02/03 | Communicate with R. Samuels regarding scheduling Plaintiff's continued deposition | CEP | .2 | 37.80 |

---

[1] This Statement of Fees and Costs is being served on Plaintiff pursuant to the Court's October 6, 2003 Memorandum Opinion and Order.

[2] Time billed is expressed in tenths of an hour.

Exhibit A

| Date | Description | Timekeeper | Time Billed[2] | Amount |
|---|---|---|---|---|
| 06/07/03 | Prepare for Plaintiff's continued deposition by reviewing previous deposition and Plaintiff's discovery responses and by drafting outline for continued deposition | CEP | 2.6 | 491.40 |
| 06/08/03 | Preparation for Plaintiff's continued deposition by reviewing draft of continued deposition outline | MMM | 1.2 | 313.20 |
| 06/09/03 | Revise continued deposition outline and finish preparing for continued deposition of Plaintiff | MMM | 1.6 | 417.60 |
| 06/09/03 | Attend continued deposition of Plaintiff | MMM | 2.4 | 626.40 |
| 07/08/03 | Analyze Plaintiff's continued deposition testimony and allegations in complaint for use in motion for sanctions | CEP | 3.3 | 653.40 |
| 07/09/03 | Review C. Phanthavong's outline regarding motion for sanctions/to compel discovery and draft notes regarding same | MMM | 1.3 | 351.00 |
| 07/09/03 | Review deposition testimony regarding motion for sanctions/to compel | MMM | 1.1 | 297.00 |
| 07/10/03 | Draft motion for sanctions due to discovery abuses | CEP | 1.1 | 217.80 |
| 07/11/03 | Draft and revise motion for sanctions and memorandum of law in support thereof | CEP | 6.9 | 1,366.20 |
| 07/11/03 | Review/revise draft motion for sanctions | MMM | 1.3 | 351.00 |
| 07/16/03 | Attend hearing on motion for sanctions/to compel | CEP | 1.8 | 356.40 |

2

| Date | Description | Timekeeper | Time Billed[2] | Amount |
|---|---|---|---|---|
| 08/19/03 | Review Plaintiff's response to Defendant's motion for sanctions and Plaintiff's motion for leave to file same | MMM | .4 | 108.00 |
| 08/22/03 | Attend hearing on Plaintiff's motion for extension of time to file response to sanctions motion | CEP | .6 | 113.40 |
| 09/01/03 | Draft reply in support of motion for sanctions | CEP | .3 | 56.70 |
| 09/02/03 | Draft reply in support of motion for sanctions | CEP | 1.8 | 340.20 |
| 09/03/03 | Review and revise reply in support of motion for sanctions | MMM | 2.4 | 648.00 |
| 09/03/03 | Draft and revise reply in support of motion for sanctions | CEP | 5.2 | 982.80 |
| 09/04/03 | Revise reply in support of sanctions motion | CEP | 3.1 | 585.90 |
| 09/05/03 | Review revised reply brief in support of motion for sanctions | MMM | .8 | 216.00 |
| 09/05/03 | Revise reply in support of sanctions motion and prepare same for filing | CEP | .2 | 37.80 |
| 09/19/03 | Review briefs in preparation for hearing on motion for sanctions/to compel | MMM | .8 | 216.00 |
| 09/19/03 | Prepare for hearing on motion for sanctions/to compel | CEP | .9 | 170.10 |
| 09/19/03 | Attend hearing on motion for sanctions/to compel | MMM | .7 | 189.00 |
| 09/19/03 | Attend hearing on motion for sanctions/to compel | CEP | .7 | 132.30 |
| | TOTAL: | | 42.9 | $9,313.20 |

\\LAB\405517.1

## DISBURSEMENTS

| Date | Description | | Amount |
|---|---|---|---|
| 07/09/03 | Deposition Transcript: Spherion – Appearance fee at, and original and one copy of transcript of, deposition of D. Plump on June 9, 2003, including delivery charge (*see* Exhibit A) | | $ 483.00 |
| | TOTAL: | | $ 483.00 |

## COPY CHARGES

| Date | Description | No. Pages X 3 copies | Three Copies at .$10/per page |
|---|---|---|---|
| | Notice of Motion, Motion and Memorandum of Law In Support of Defendant's Motion for Sanctions Or, In The Alternative, To Compel | 60 pages X 3 = 180 pages | $ 18.00 |
| | Reply in Support of Defendant's Motion for Sanctions Or, In the Alternative to Compel | 33 pages X 3 = 99 pages | 9.90 |
| | TOTAL: | | $ 27.90 |

**TOTAL** $9,824.10

Dated: October 20, 2003

Respectfully submitted,

KRAFT FOODS NORTH AMERICA, INC.

*[signature]*

One of Its Attorneys

Timothy C. Klenk
Mary Margaret Moore
Christy E. Phanthavong
MCGUIREWOODS LLP
150 N. Michigan Ave., Suite 2500
Chicago, IL 60601
(312) 558-1000 - Telephone
(312) 750-8600 – Facsimile

4

\\LAB\405517.1

| MCGUIREWOODS LLP | | | | VENDOR: INTREP | | CHECK NO.: 120016 |
|---|---|---|---|---|---|---|
| REF. # | INV. # | DATE | INVOICE AMOUNT | INVOICE DESCRIPTION | | AMOUNT PAID |
| 1057773 | 4378032650 | 06-26-03 | 483.00 | Return check to Mary Lou Ryan - Chicago Office | | 483.00 |

Total Amount of Check: 483.00



⑈ 120016⑈ ⑆061112788⑈ 003299809972⑈

## CERTIFICATE OF SERVICE

I, Christy E. Phanthavong, an attorney, certify that I served the foregoing *Defendant's Statement of Fees and Costs* by sending a copy to:

>Ronald S. Samuels
>Ronald S. Samuels and Associates
>29 S. LaSalle, Suite 434
>Chicago, IL 60603

via messenger delivery, on this 20th day of October, 2003.

Christy E. Phanthavong